No. 72–826.   BROUSSARD *v.* PATTON ET AL., 410 U. S. 942.   Motion of James Abourezk et al. for leave to file a brief as *amici curiae* in support of petition for rehearing granted.   Petition for rehearing denied.

No. 72–5771.   JAKALSKI *v.* UNITED STATES, 410 U. S. 935.   Petition for rehearing and other relief denied.

## APRIL 5, 1973

No. 72–1284.   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ET AL. *v.* SOUTHERN PACIFIC TRANSPORTATION Co.   C. A. 9th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

## APRIL 12, 1973

No. 72–1147.   DORFMAN *v.* UNITED STATES.   C. A. 2d Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

## APRIL 16, 1973

No. 72–1128.   KINGSTON ET AL., JUSTICES *v.* MCLAUGHLIN, JUSTICE, ET AL.   Affirmed on appeal from D. C. Mass.

No. 72–925.   PALKES, DBA MADISON IRON & METAL Co. *v.* ILLINOIS.   Appeal from Sup. Ct. Ill. dismissed for want of final judgment.